# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA<br>V.<br><br>CHRISTOPHER A. HALL | JUDGMENT IN A CRIMINAL CASE<br>(Short Form)<br><br>CASE NUMBER: CR13-5557<br><br>_____Ifeoma Monu_____<br>Defendant's Attorney |
|---|---|

☑ **THE DEFENDANT** pleaded guilty to a single-count _____Superseding Information (misdemeanor)_____

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13;<br>RCW 46.20.342 | Driving While License Suspended Third Degree | 06/29/2013 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $100.00 | $90.00 | $10.00 | $ N/A | w/ 3 mmths |

Defendant's SSN: **XXX-XX-7465**

Defendant's DOB: **XX-XX-1984**

Defendant's USM No: **N/A**

X _[signature]_
Defendant's Signature

_[signature]_
BARBARA J. SIEVERS, Assistant United States Attorney

11/25/2013
Date of Imposition of Judgment

_[signature]_
Signature of Magistrate Judge

Honorable Brian A. Tsuchida
United States Magistrate Judge (Name of Judge)

11/25/13
Date

13-CR-05557-JGM